IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DORREL COULTHRUST,

      Plaintiff,

v.                                        CIV 07-1125 WJ/KBM

BRUCE CAMPBELL and
DONALD LACY,

      Defendants.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her proposed findings on March 20, 2009, recommending that this action alleging a delay and denial of medical care be dismissed with prejudice. *See Doc. 29.* The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review. To-date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

      Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 29)* is ADOPTED;

2. This action is dismissed **with prejudice;** and

3. A final order enter concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE